## In the matter of SAMUEL SWETT.

Attorneys at law, though retired from practice, are exempted from serving as jurors.

MR. Swett was many years since admitted an attorney and *March 6th* counsellor at law, but had not been recently engaged in the practice of his profession, and being now returned to serve on the grand jury, he suggested that by law he was exempted from this service. And the Court remarked that the Revised Stat. c. 95, § 2, exempt " counsellors and attorneys at law " generally, and that any person who is a counsellor or attorney and has a right to practise, is entitled to be excused from serving as a juror. Mr. Swett was excused accordingly.